STATE ex Rel. M. T. POLICH, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided May 9, 1933.

PER CURIAM.—Relator's application for writ of supervisory control herein is denied.

*Mr. F. W. Mettler*, for Relator.

No. 7,158.—STATE ex Rel. ERNEST PAPPAS et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided May 26, 1933.

PER CURIAM.—This cause coming on regularly for hearing was argued by respective counsel, whereupon it is ordered by the court that a writ of supervisory control issue as prayed for in relator's petition.

*Mr. Harry Meyer*, for Relators.

*Mr. George D. Toole*, for Respondents.